IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE SHIELDS | )<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | )<br>) |
| | ) CIVIL ACTION No. 4:14-cv-01230 |
| SHAUN KENNEDY INDIVIDUALLY,<br>PATRICK MARRON INDIVIDUALLY,<br>FOUR SEASONS SOLAR PRODUCTS LLC<br>A/K/A FOUR SEASONS SUNROOMS,<br>DOUG L. VALENTI INDIVIDUALLY<br>AND QUINSTREET INC. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) JURY TRIAL REQUESTED |

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CIVIL ACTION**

THIS MATTER came before the undersigned Judge on the 19TH day of June, 2014 for consideration on Plaintiff's unopposed Stipulation for Voluntary Dismissal with Prejudice in the above styled and captioned matter.

Having considered the unopposed Stipulation of the Plaintiff, this Court finds and concludes that the matter should be dismissed with prejudice with each party bearing their own costs.

Therefore, Civil Action 4:14-cv-01230 is hereby Dismissed with Prejudice with each party to bear their own costs.

June 19, 2014

The Honorable Judge Ewing Werlein, Jr.
U.S.D.J.